# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Carol Cooper

                Plaintiff,

v.

Amazon.com Inc, et al.

                Defendant.

Case No.: 1:21−cv−04633
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 8, 2021:

    MINUTE entry before the Honorable Franklin U. Valderrama: This case and another case, 1:21−cv−04633, recently were transferred to this District and were reassigned to this Court based on their relatedness to a case currently pending before this Court, 1:19−cv−05061. Defendants in the two related cases recently filed motions to vacate their deadlines to answer and stated that they understand that Plaintiffs in the three related cases intend to file a joint proposal to consolidate or coordinate the three related cases. The parties are to file a joint status report by 10/21/2021 as to the status of a proposed plan to consolidate or coordinate the three related cases (1:19−cv−05061, 1:21−cv−04064, and 1:21−cv−04633). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.